STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GARCIA ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-13-058 EMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | ) | |
| RICARDO GARCIA ORTEGA, | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the status conference and/or change of plea hearing presently set for March 13, 2013 be continued to April 3, 2013 at 2:15 pm.

At the last appearance, the Court set the above-captioned matter over until March 13, 2013 for possible change of plea. Defense counsel has been investigating certain matters and has requested that government counsel consider an issue related to Mr. Garcia-Ortega's prior removal. The parties are in negotiations over a potential resolution of the matter in light of these issues, and require more time to complete those negotiations, as well as to further investigate the case. Accordingly, the parties jointly request that the appearance be continued from March 13,

1  2013 to April 3, 2013.

2  For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time February 28, 2013 to April 3, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from February 28, 2013 to April 3, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

_3/11/13_____                    _____s/_____
DATED                                       MARK KANG
                                            Special Assistant United States Attorney

__3/11/13_____                    _____s/_____
DATED                                       JODI LINKER
                                            Assistant Federal Public Defender

IT IS SO ORDERED.

    3/12/13
_____
DATED



IT IS SO ORDERED
Judge Edward M. Chen

Stipulation & [Proposed] Order to Continue;
*US v. Garcia-Ortega*, Case No. 13-058 EMC          2